DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNN LOUISE TAYLOR,**
Appellant,

v.

**KENNETH WARREN TAYLOR, M.D.,**
Appellee.

No. 4D16-3831

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 11-027730 (14).

Lynn Louise Taylor, Plantation, pro se.

Aaron C. Wong of Luks Santaniello Petrillo & Jones, Fort Lauderdale, and Mario M. Ruiz and Joelle H. Dvir of McDonald Hopkins, LLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***